UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| INTERNATIONAL-MATEX TANK TERMINALS | * * * | C.A. NO.:   2:13-cv-00537 |
| | * | SECTION: "R" |
| Plaintiff | * * | JUDGE:   SARAH S. VANCE |
| VERSUS | * * | MAGISTATE: |
| TRAFIGURA AG, INC., SHELL CHEMICAL, LP and SHELL TRADING (US) COMPANY | * * * * | JOSEPH C. WILKINSON, JR. |
| Defendants | * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

**CONSENT MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION TO ADMINISTRATIVELY CLOSE PROCEEDINGS**

**NOW INTO COURT,** by and through undersigned counsel, comes plaintiff, International-Matex Tank Terminals ("IMTT" or "Plaintiff"), who respectfully moves the Court to administratively close the instant proceedings in the above-captioned matter. Counsel for all other parties, namely Shell Chemical LP ("Shell Chemical"), Shell Trading (US) Company ("Shell Trading") and Trafigura AG, Inc. ("Trafigura"), have been consulted and consent to administratively close the proceedings as set forth below.

"The effect of an administrative closure is no different from a simple stay, except that it affects the count of active cases pending on the court's docket; i.e., administratively closed cases are not counted as active." *Mire v. Full Spectrum Lending Inc.*, 389 F.3d 163, 167 (5th Cir. 2004), citing *Lehman v. Revolution Portfolio LLC*, 166 F.3d 389, 392 ("This method is used in various districts throughout the nation in order to

shelve pending, but dormant, cases.") After this case is administratively closed, "it may be reopened upon request of the parties or on the court's own motion." *Id.*

IMTT filed this suit against Shell Chemical, Shell Trading, and Trafigura based upon damage to pipes, valves, pumps and a storage tank located at IMTT's St. Rose facility. Specifically, IMTT's dock line was plugged with product being off-loaded from Barge G-119. IMTT is in the process of repairing the line and other equipment effected by this product. It is anticipated the repair work will take through November or early December.

A settlement agreement has been circulated among the parties and is mostly agreed; however, it is highly dependent on the repairs being progressed and final cost projections for the repairs. It is anticipated that the parties will have a better idea of the expected costs after Thanksgiving or early December when the repair work on the dock line is scheduled to be finished or nearly so. Due to the uncertainty of the repair costs to complete the repairs to the dock line and tank, IMTT, with the consent of all parties, respectfully requests this Honorable Court to administratively close this matter until the exact nature and extent of the damage and the potential repair cost can be more definitively determined. Undersigned counsel respectfully requests that a status conference be held in late December so that the parties can advise the Court as to the progress of the repairs and the status of the potential settlement.

WHEREFORE, the Parties request this Honorable Court grant this joint motion to administratively close proceedings, which may be reopened on the motion of any party or the Court.

Respectfully submitted:

**DUNCAN & SEVIN, L.L.C.**

_/s/_ *Elton F Duncan III*

**ELTON F. DUNCAN, III (LA 14967)**
**CHARLES E. ROTHERMEL (LA 34068)**
400 Poydras Street, Suite 1200
New Orleans, LA  70130
Telephone: (504) 524-5566
Facsimile: (504) 524-9003
E-mail: eduncan@duncansevin.com
E-mail: crothermel@duncansevin.com
ATTORNEYS FOR PLAINTIFF,
INTERNATIONAL-MATEX TANK TERMINALS

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been electronically filed with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record, this 9th day of October, 2013.

_/s/_ *Elton F Duncan III*

3