UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

INTERNATIONAL MATEX TANK                        CIVIL ACTION
TERMINALS

VERSUS                                          NO: 13-537

TRAFIGURA AG, INC., SHELL                       SECTION: R
CHEMICAL, LP AND SHELL
TRADING US COMPANY

                              **ORDER**

    This lawsuit arises out of damage sustained to pipes, valves, pumps, and a storage tank at plaintiff's bulk liquid storage terminal facility in St. Rose, Louisiana. On October 9, 2013, the parties moved the Court to administratively close this matter pending the conclusion of repairs to the facility and settlement negotiations.[1] The parties represented that they had "mostly agreed" to a settlement, but that finalization of the settlement agreement depended on the ultimate cost of the repairs. The Court granted the motion and ordered the parties to advise the Court in writing as to the status of the potential settlement by December 31, 2013.[2]

    On January 8, 2014, plaintiff's counsel submitted a letter to the Court explaining that the repair of the damaged equipment is ongoing. Counsel represents that "[a]ll parties continue to cooperate throughout all aspects of this process" and that

---

    [1]    R. Doc. 21.

    [2]    R. Doc. 22.

"[s]ettlement negotiations are expected to resume when the work has been completed."

Accordingly, this matter shall remain administratively closed. The Court orders that the parties advise the Court in writing as to the progress of the repairs and settlement negotiations on or before March 31, 2014.

New Orleans, Louisiana, this 10th day of January, 2014.

*Sarah Vance*
_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE