UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| INTERNATIONAL-MATEX TANK TERMINALS | * * * | C.A. NO.:  2:13-cv-00537 |
| | * | SECTION: "R" |
|    Plaintiff | * | |
| | * | JUDGE:   SARAH S. VANCE |
| VERSUS | * | |
| | * | MAGISTRATE: |
| TRAFIGURA AG, INC., | * | JOSEPH C. WILKINSON, JR. |
| SHELL CHEMICAL, LP and | * | |
| SHELL TRADING (US) COMPANY | * | |
| | * | |
|    Defendants | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **MOTION FOR DISMISSAL WITH PREJUDICE**

**NOW INTO COURT** by and through undersigned counsel, comes plaintiff, International-Matex Tank Terminals ("IMTT"), who upon suggesting to the Court all claims have been amicably compromised, respectfully moves the Court for an Order dismissing this action in its entirety, including all claims against defendants Trafigura AG, Inc., Shell Chemical, LP and Shell Trading (US) Company, each party to bear its own costs.

Respectfully submitted:

**DUNCAN & SEVIN, L.L.C.**

/s/ *Elton F Duncan III*
_____
**ELTON F. DUNCAN, III (LA 14967)**
**CHARLES E. ROTHERMEL (LA 34068)**
400 Poydras Street, Suite 1200
New Orleans, LA  70130
Telephone: (504) 524-5566
Facsimile: (504) 524-9003
E-mail: eduncan@duncansevin.com
E-mail: crothermel@duncansevin.com
ATTORNEYS FOR PLAINTIFF,
INTERNATIONAL-MATEX TANK TERMINALS

2

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above and foregoing pleading has been electronically filed with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record, this 22nd day of October, 2014.

_____/s/_ *Elden P Duncan III* _____